UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **SACV 22-455 MWF (JDEx)** | Date: June 03, 2022 |
| Title | **Laura Hicks v. CMRE Financial Services, Inc., et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on March 24, 2022. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on June 22, 2022. On April 15, 2022, Plaintiff filed a Waiver of Service ("Waiver"). The Waiver was executed by counsel for Defendant CMRE Financial Services, Inc. on March 25, 2022.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 22, 2022**.

- BY PLAINTIFF: PROOF OF SERVICE of Summons and Complaint on Defendant Moran, Rosen and Dorsey, Inc.

    AND

- BY DEFENDANTS: RESPONSES TO THE COMPLAINT. The parties may also file appropriate stipulations to extend the time within which Defendants must respond to the Complaint.

    OR

- BY PLAINTIFF: APPLICATIONS FOR CLERK TO ENTER DEFAULT.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **SACV 22-455 MWF (JDEx)**                                             Date:  June 03, 2022

Title          **Laura Hicks v. CMRE Financial Services, Inc., et al.**

      No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **June 22, 2022** will result in the dismissal of this action.

      IT IS SO ORDERED.

Initials of Preparer:  RS/sjm