UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **SA 22-455-MWF(JDEx)**                              Dated: **June 29, 2022**

Title:      Laura Hicks -v- CMRE Financial Services, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

　　In light of the Notice of Settlement [14] filed June 23, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for August 29, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

　　IT IS SO ORDERED.

MINUTES FORM 90                                        Initials of Deputy Clerk   rs
CIVIL - GEN