# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA HICKS,<br><br>        Plaintiff,<br><br>vs.<br><br>CMRE FINANCIAL SERVICES, INC.; AND MORAN ROWEN AND DORSEY INC,<br><br>        Defendants. | Case No.: SACV 22-455-MWF(JDEx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)** |

Having received the Stipulation for Dismissal of this action entered into between Plaintiff Laura Hicks ("Plaintiff") and Defendants CMRE FINANCIAL SERVICES, INC. and MORAN ROWEN AND DORSEY INC. (collectively as "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED:

1. The above-captioned action is dismissed in its entirety with prejudice; and
2. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: September 8, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

- 1 -
ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)